IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY OUELLETTE, individually and on behalf of all others similarly situated, | ) ) ) | CIVIL ACTION NO: |
| Plaintiffs, | ) ) | 3:13-cv-01027-AWT |
| v. | ) ) ) | |
| THE FRESH MARKET, INC., Defendant. | ) ) ) | JULY 27, 2015 |

## PLAINTIFF'S MOTION TO COMPEL

Plaintiff Jeffrey Ouellette ("Ouellette" or "Plaintiff"), though his Counsel, hereby moves to compel Fresh Market ("Defendant" or "Fresh Market") to supplement its discovery responses and to produce certain witnesses to be deposed.

During the relevant period of this lawsuit Defendant paid its Department Managers[1] ("DMs") half time overtime pay rather than paying time and a half as is the norm. As alleged in the amended complaint, Plaintiff claims that Defendant violates the strict requirements of the fluctuating work week ("FWW") in several ways, including but not limited to the bonuses it pays to DMs, its failure to include those bonuses in the calculation of overtime and the lack of a clear mutual understanding regarding the elements of the FWW.

---

[1] DMs are also sometimes referred to as Department Heads.

1

Plaintiff originally served discovery requests upon Defendant over a year and a half ago. Defendant still has not provided all pertinent information or documents about relevant topics in this case, such as: a class list of the DMs, DMs' payroll records, information and documents concerning <u>all</u> the bonuses and other types of compensation it paid DMs, its good faith affirmative defenses, the creation of its FWW policy, and other lawsuits, claims, grievances, administrative actions or charges brought against Defendant. After failing to obtain this information and documents through good faith efforts, Plaintiff now has no other choice but to move to compel.

For the reasons discussed in the accompanying memorandum of law and because discovery is given broad and liberal treatment, this Court should grant Plaintiff's Motion to Compel in its entirety, and enter Plaintiff's proposed Order regarding same attached to the memorandum of law as Ex. 6.

The Plaintiff, Jeffrey Ouellette

By:
    /s/ *Erick I. Díaz Vázquez*
Erick I. Díaz Vázquez
Hayber Law Firm, LLC
Bar No.: CT27023
221 Main Street, Suite 502
Hartford, Connecticut 06106
Telephone: (860) 522-8888
ediaz@hayberlawfirm.com
***Attorneys for Plaintiff and the Putative Collective***

## **CERTIFICATION OF SERVICE**

      I hereby certify that on July 27, 2015, a copy of the foregoing was filed electronically [and service made by mail to anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing].  Parties may access this filing through the Courts system.

      /s/ *Erick I. Díaz Vázquez*
      Erick I. Díaz Vázquez