IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JEFFREY OUELLETTE, individually and on behalf of all others similarly situated,** ) ) ) ) | **CIVIL ACTION NO:** |
| Plaintiffs, ) ) | 3:13-cv-01027-AWT |
| v. ) ) | |
| **THE FRESH MARKET, INC.,** ) | MAY 10, 2016 |
| Defendant. ) | |

## JOINT MOTION TO APPROVE FAIR LABOR STANDARDS ACT SETTLEMENT

Jeffrey Ouellette ("Named Plaintiff") and The Fresh Market, Inc. ("TFM" or "Defendant"), by and through their undersigned counsel, hereby file their joint motion to approve a proposed Agreement ("Settlement Agreement") to resolve the Named Plaintiff's claims asserted in this lawsuit on his behalf and on behalf of a putative collective under the Fair Labor Standards Act ("FLSA"). The Settlement Agreement is attached to the accompanying memorandum of law as Ex. 1.

The Court should approve the Agreement because it is the result of arms' length negotiations, including a one-day private mediation before a nationally recognized mediator experienced in wage and hour collective and class actions followed by two months of continued negotiations through the mediator, and it is "a fair and reasonable resolution of a *bona fide* dispute" involving claims for unpaid overtime wages under the FLSA. Accordingly, the Parties respectfully request that this Court enter the proposed order approving the settlement and dismissing the action with prejudice (Ex. E to the Settlement Agreement).

1

Respectfully submitted,

JEFFREY OUELLETTE, and others similarly situated,

By Their Attorneys,


_/s/ *Erick I. Díaz Vázquez*
Erick I. Díaz Vázquez
Bar No.: CT27023
Richard E. Hayber
Hayber Law Firm, LLC
221 Main Street, Suite 502
Hartford, Connecticut 06106
Telephone: (860) 522-8888
ediaz@hayberlawfirm.com
rhayber@hayberlawfirm.com

C. Andrew Head
GA Bar No.: 341472*
Head Law Firm, LLC
White Provision, Suite 305
1170 Howell Mill Road, N.W.
Atlanta, Georgia 30318
Telephone: (404) 924-4151
Facsimile: (404) 796-7338
Email: ahead@headlawfirm.com

*admitted *pro hac vice*

Respectfully submitted,

THE FRESH MARKET, INC.


By Their Attorneys,


/s/ *Lori B. Alexander*
Lori B. Alexander
Matthew K. Curtin
Robert W. Pritchard
Littler Mendelson, P.C.
One Century Tower, Suite 300
265 Church Street
New Haven CT 06510
Tel.: (203) 974-8700
Fax: (203) 974-8799
lalexander@littler.com
mcurtin@littler.com
rpritchard@littler.com

2

## **CERTIFICATION OF SERVICE**

I hereby certify that on May 10, 2016, a copy of the foregoing was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Courts system.

       /s/ *Erick I. Díaz Vázquez*
      Erick I. Díaz Vázquez