# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY OUELLETTE, individually and on behalf of other similarly situated individuals,<br><br>     Plaintiff,<br><br>v.<br><br>THE FRESH MARKET, INC.<br><br>     Defendant. | CIVIL ACTION NO.:<br><br>3:13-cv-01027 |

## CONSENT TO JOIN AND AUTHORIZATION TO REPRESENT

  I hereby consent to join the above referenced action pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"). I hereby designate the Representative Plaintiff identified above as my agent to make decisions on my behalf concerning this FLSA overtime case, including conducting this litigation, settlement negotiations, and all other matters pertaining to these claims against The Fresh Market ("Defendant"). *I understand that if I file this consent, I will be bound by the decisions made and agreements entered into by the Representative Plaintiff and Class Counsel.*

  I understand that the Representative Plaintiff has entered into a contingency fee agreement with the law firms of the Hayber Law Firm, LLC, and Fried & Bonder, LLC ("Class Counsel"), which applies to all plaintiffs who file this consent, and by filing this consent I agree to be bound by such contingency fee agreement. I understand that I may obtain a copy of the contingency fee agreement by requesting it from Class Counsel.

  I acknowledge that I will be bound by any judgment or any settlement reached between the Representative Plaintiff and Defendant. I understand that I will be entitled to share in any class recovery, but if no monetary judgment or settlement is obtained, I will receive nothing.

  I agree that this consent may be filed in any overtime case against Defendant, whether in this case or a subsequent suit in any court or forum that may be filed on my behalf, and consent to join any such case.

_____     5/1/2016
Signature                              Date
Steven E. Sheard
Printed name (Please print clearly)

## CERTIFICATION OF SERVICE

I hereby certify that on **May 16, 2016** a copy of the foregoing was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　*/s/ Richard E. Hayber*_____
　　　　　　　　　　　　　　　　　　　　Richard E. Hayber